# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAVID HACKER, et al.,**

      Plaintiffs,

                                                          Civil Action 2:16-cv-232
   v.                                              Judge James L. Graham
                                                  Magistrate Judge Jolson

**BELMONT COUNTY COMMISSIONERS, et al.,**

      Defendants.

## ORDER AND REPORT AND RECOMMENDATION

Plaintiffs have filed a renewed motion for leave to file an amended complaint, seeking to "join an additional party" and "remove certain claims." (Doc. 34 at 1). Plaintiffs indicate that Defendants do not oppose the motion. (*Id*.). Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that, when a party must seek leave of court to amend a pleading, "[t]he court should freely give leave when justice so requires." For good cause shown, and in light of the federal policy in favor of liberal amendment, the unopposed motion for leave to file an amended complaint is GRANTED. (Doc. 34). The Clerk should file Exhibit A to Doc. 34 as the amended complaint. In light of the filing of the amended complaint, the Court recommends that the Motion for Judgment on the Pleadings be DENIED as MOOT (Doc. 18).

    IT IS SO ORDERED.


Date:  September 6, 2016                      /s/ Kimberly A. Jolson
                                                  KIMBERLY A. JOLSON
                                                  UNITED STATES MAGISTRATE JUDGE