```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

David Hacker, et al.,

    Plaintiffs,

  v.                              Case No. 2:16-cv-232

Belmont County Commissioners,
et al.,

    Defendants.

<u>ORDER</u>

    This matter is before the court on the September 6, 2016, report and recommendation of the magistrate judge that the defendants' motion for judgment on the pleadings be denied as moot in light of the granting of plaintiffs' motion for leave to file an amended complaint.  The period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.  Accordingly, the court adopts the report and recommendation (Doc. 35).  The motion for judgment on the pleadings (Doc. 18) is denied as moot.

Date: September 26, 2016        <u>    s/James L. Graham    </u>
                                        James L. Graham
                                        United States District Judge